465 A.2d 641

**COMMONWEALTH of Pennsylvania**

v.

**Steven C. ZOCK, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1983.

Decided Sept. 23, 1983.

Joseph C. Barnhart, Altomare & Barnhart, (court-appointed), Tionesta, for appellant.

Richard A. Hernan, Jr., Dist. Atty., John A. Aranyos, Asst. Dist. Atty., Warren, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.